**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
*Attorneys for Plaintiff John Doe*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through his natural parent, Jane Doe,<br><br>Plaintiff,<br><br>vs.<br><br>JASON GATHING, an individual and BRIAN BENITEZ, an individual,<br><br>Defendants. | CASE NO.: 2:24-cv-01626-APG-BNW<br><br>**STIPULATION AND ORDER AUTHORIZING ELECTRONIC SERVICE** |

The parties, by and through their undersigned attorneys of record, hereby stipulate to entry of this *Stipulation and Order Authorizing Electronic Service* to create an expeditious and efficient manner of service of the above-captioned litigation.

Pursuant to FRCP 5(b)(2)(E), the parties hereby consent to electronic service. As such, when any of the undersigned parties wish to serve a discovery related document, that party shall effectuate service of the document to the following email addresses:

| PARTY | FIRM NAME | EMAIL ADDRESSES |
|---|---|---|
| Plaintiff | Lagomarsino Law | AML@lagomarsinolaw.com<br>Taylor@lagomarsinolaw.com<br>Denise@lagomarsinolaw.com<br>Corrina@lagomarsinolaw.com<br>fileclerk@lagomarsinolaw.com |
| Defendants | Marquis Aurbach | canderson@maclaw.com<br>smong@maclaw.com |

. . .

**IT IS SO STIPULATED AND AGREED.**

DATED this 21ˢᵗ day of October, 2024.          DATED this 21ˢᵗ day of October, 2024.

**LAGOMARSINO LAW**                              **MARQUIS AURBACH**

/s/ Taylor N. Jorgensen                          /s/ Craig R. Anderson
ANDRE M. LAGOMARSINO, ESQ. (#6711)               CRAIG R. ANDERSON, ESQ. (#6882)
TAYLOR N. JORGENSEN, ESQ. (#16259)               10001 Park Run Drive
3005 W. Horizon Ridge Pkwy., #241                Las Vegas, Nevada 89145
Henderson, Nevada 89052                          Telephone: (702) 382-0711
Telephone: (702) 383-2864                        *Attorney for Defendant Gathing*
*Attorneys for Plaintiff John Doe*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____October 22, 2024_____

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Las Vegas, Nevada 89052
Telephone: (702) 383-2864   Facsimile: (702) 383-0065