**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
ayates@maclaw.com
　Attorneys for Defendants Jason Gathing and Brian Benitez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through his natural parent, Jane Doe,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JASON GATHING, an individual and BRIAN BENITEZ, an individual,<br><br>　　　　　　　Defendants. | Case Number:<br>2:24-cv-01626-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiff John Doe, a minor, by and through his natural parent, Jane Doe ("Plaintiff"), by and through his attorneys of record, Andre M. Lagomarsino, Esq. and Taylor N. Jorgensen, Esq., with the law firm of Lagomarsino Law and Defendants Jason Gathing and Brian Benitez ("Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Andrew Yates, Esq., with the law firm of Marquis Aurbach, hereby agree and jointly stipulate the following.

1.　　This first request for an extension of the dispositive motion deadline is not sought for an improper purpose or other purpose of delay. The parties are requesting a 63-day extension at this time.

2.　　The dispositive motion deadline in this case is currently September 29, 2025 [ECF No. 30].

. . .

. . .

MAC: 14687-474 (#6028343.1) 9/18/2025 9:23 AM

3. The parties agree that good cause exists to extend the dispositive motion deadline in this case to ensure that the parties can fully brief any issues arising in the Plaintiff's deposition of the Defendants' expert witness.

4. The deposition of Defendants' expert witness Spencer Fomby occurred on September 9, 2025.

5. Testimony given during the deposition may be used in support of one or both of the parties' dispositive motions should they file such motions.

6. The parties have not yet received, and are not certain of the date of receipt, of the court reporter's transcript of Defendants' expert Spencer Fomby's deposition.

7. Should the dispositive motion deadline not be extended, the parties believe that there will not be sufficient time to adequately brief the issues and include testimony elicited in Defendants' expert Spencer Fomby's deposition.

8. The parties wish to ensure that time exists to brief the Court on all relevant issues at the dispositive motion stage to ensure a full and fair examination of the issues.

9. This is the first request for extension of time to file dispositive motions in this matter. The Parties respectfully submit that the reasons set forth above constitute good cause for the extension.

10. The Parties further agree, the dispositive motion deadline currently set for September 29, 2025 shall be extended to Monday, December 1, 2025.

11. WHEREFORE, the parties respectfully request that the Dispositive Motion be extended to and including Monday, December 1, 2025.

. . .
. . .
. . .
. . .
. . .
. . .
. . .

12. The instant stipulation is being made in good faith and not for purposes of delay and that no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

Dated this 18th day of September, 2025.   Dated this 18th day of September, 2025.

LAGOMARSINO LAW   MARQUIS AURBACH

By:   /s/ Taylor N. Jorgensen   
   Andre M. Lagomarsino, Esq.  
   Nevada Bar No. 6711  
   Taylor N. Jorgensen, Esq.  
   Nevada Bar No. 16259  
   3005 West Horizon Ridge Parkway, Suite 241  
   Henderson, Nevada 89052  
   Attorneys for Plaintiff John Doe, a minor, by and through his natural parent, Jane Doe

By:   /s/ Andrew D. Yates  
   Craig R. Anderson, Esq.  
   Nevada Bar No. 6882  
   Andrew D. Yates, Esq.  
   Nevada Bar No. 17016  
   10001 Park Run Drive  
   Las Vegas, Nevada 89145  
   Attorneys for Defendants Jason Gathing and Brian Benitez

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____  
UNITED STATES MAGISTRATE JUDGE

DATED:  September 19, 2025

MAC: 14687-474 (#6028343.1) 9/18/2025 9:23 AM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 18th day of September, 2025.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach