**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
*Attorneys for Plaintiff John Doe*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN DOE, a minor, by and through his natural parent, Jane Doe,<br><br>Plaintiff,<br><br>vs.<br><br>JASON GATHING, an individual, and BRIAN BENITEZ, an individual,<br><br>Defendants. | CASE NO: 2:24-cv-01626-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT BRIAN BENITEZ** |

Plaintiff and Defendants ("The Parties"), by and through their counsel of record, hereby stipulate and agree that Plaintiff's Complaint against Defendant BRIAN BENITEZ, shall be dismissed with prejudice, with each party to bear their own fees and costs. Plaintiff's Complaint remains against Defendant JASON GATHING.

. . .

. . .

. . .

The Parties further stipulate and agree that the caption shall be updated accordingly to reflect the following:

JOHN DOE, a minor, by and through his natural parent, Jane Doe,

Plaintiff,

vs.

JASON GATHING, an individual,

Defendant.

**IT IS SO STIPULATED AND AGREED.**

DATED this 4th day of December, 2025.   DATED this 4th day of December, 2025.

**LAGOMARSINO LAW**   **MARQUIS AURBACH**

 /s/ Taylor N. Jorgensen    /s/ Andrew D. Yates
ANDRE M. LAGOMARSINO, ESQ. (#6711)   CRAIG R. ANDERSON, ESQ. (#6882)
TAYLOR N. JORGENSEN, ESQ. (#16259)   ANDREW D. YATES, ESQ. (#17016)
3005 W. Horizon Ridge Pkwy., #241   10001 Park Run Drive
Henderson, Nevada 89052   Las Vegas, Nevada 89145
Telephone: (702) 383-2864   Telephone: (702) 382-0711
*Attorneys for Plaintiff John Doe*   *Attorneys for Defendants Gathing & Benitez*

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE