**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
*Attorneys for Plaintiff John Doe*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN DOE, a minor, by and through his natural parent, Jane Doe,<br><br>Plaintiff,<br><br>vs.<br><br>JASON GATHING, an individual,<br><br>Defendants. | CASE NO: 2:24-cv-01626-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION OPPOSITION DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiff and Defendant ("The Parties"), by and through their counsel of record, hereby stipulate and agree to the following:

1. Defendants filed their Motion for Summary Judgment on December 1, 2025 (ECF No. 33), making the opposition due December 22, 2025.

2. Plaintiff filed his Motion for Partial Summary Judgment on December 1, 2025 (ECF No. 37), making the opposition due December 22, 2025.

3. The parties agree that good cause exists to extend the dispositive motion deadline in this case as Plaintiff's counsel has had several time sensitive matters occur in other cases that require extensive time that was originally devoted to the instant case. As such, Plaintiff's counsel requires additional time to complete a thorough opposition to Defendant's pending Motion for Summary Judgment. Further, in the interest of keeping all deadlines uniform and avoiding

deadlines falling in close proximity of the upcoming holidays, the Parties have agreed to uniformly extend the opposition deadline as it relates to Plaintiff's pending Partial Motion for Summary Judgment.

4. This is the first request for extension of time to file oppositions to dispositive motions in this matter. The Parties respectfully submit that the reasons set forth above constitute good cause for the extension.

5. The instant stipulation is being made in good faith and not for purposes of delay and that no party waives any arguments by entering into this stipulation.

WHEREFORE, the Parties respectfully request that the oppositions to the Dispositive Motions (ECF Nos. 33 and 37) be extended to January 13, 2026.

**IT IS SO STIPULATED.**

DATED this 12th day of December, 2025.

**LAGOMARSINO LAW**

 /s/ Taylor N. Jorgensen
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorneys for Plaintiff John Doe*

DATED this 12th day of December, 2025.

**MARQUIS AURBACH**

 /s/ Andrew D. Yates
CRAIG R. ANDERSON, ESQ. (#6882)
ANDREW D. YATES, ESQ. (#17016)
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
*Attorneys for Defendants Gathing*

**ORDER**

**IT IS SO ORDERED.**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: December 15, 2025