**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
*Attorneys for Plaintiff John Doe*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through his natural parent, Jane Doe, <br><br> Plaintiff, <br><br> vs. <br><br> JASON GATHING, an individual, <br><br> Defendants. | CASE NO: 2:24-cv-01626-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION REPLY DEADLINE** <br><br> **(FIRST REQUEST)** |

Plaintiff and Defendant ("The Parties"), by and through their counsel of record, hereby stipulate and agree to the following:

1.      Defendants filed their Motion for Summary Judgment ("MSJ") on December 1, 2025 (ECF No. 33). Plaintiff filed his opposition to Defendant's MSJ on January 13, 2026 (ECF No. 45), making Defendant's reply due on January 27, 2026.

2.      Plaintiff filed his Motion for Partial Summary Judgment ("MPSJ") on December 1, 2025 (ECF No. 37). Defendant filed his opposition to Plaintiff's MPSJ on January 13, 2026 (ECF No. 43), making Plaintiff's reply due on January 27, 2026.

3.      The parties agree that good cause exists to extend the reply to Defendant's MSJ and Plaintiff's MPSJ deadline in this case as Plaintiff's counsel has a mediation the day the reply is currently due and will be out of town on a pre-planned trip the week prior. As such, Plaintiff's

counsel requires additional time to complete a thorough reply to Plaintiff's MPSJ. Further, in the interest of keeping all deadlines uniform, the Parties have agreed to uniformly extend the reply deadline as it relates to Defendant's MSJ as well.

4.    This is the first request for an extension of time to file replies to the dispositive motions in this matter. The Parties respectfully submit that the reasons set forth above constitute good cause for the extension.

5.    The instant stipulation is being made in good faith and not for purposes of delay and no party waives any arguments by entering into this stipulation.

WHEREFORE, the Parties respectfully request that the replies to the Dispositive Motions (ECF Nos. 33 and 37) be extended to February 3, 2026.

**IT IS SO STIPULATED.**

DATED this 20th day of January, 2026.          DATED this 20th day of January, 2026.

**LAGOMARSINO LAW**                                **MARQUIS AURBACH**

 /s/ Taylor N. Jorgensen                            /s/ Andrew D. Yates
ANDRE M. LAGOMARSINO, ESQ. (#6711)      CRAIG R. ANDERSON, ESQ. (#6882)
TAYLOR N. JORGENSEN, ESQ. (#16259)      ANDREW D. YATES, ESQ. (#17016)
3005 W. Horizon Ridge Pkwy., #241        10001 Park Run Drive
Henderson, Nevada 89052                  Las Vegas, Nevada 89145
Telephone: (702) 383-2864                Telephone: (702) 382-0711
*Attorneys for Plaintiff John Doe*       *Attorneys for Defendants Gathing*

**ORDER**

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864    Facsimile: (702) 383-0065